IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2025 NOV -4 P 1:10
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**Scott S. Schlinsog Jr.**
N5382 County Road K
Granton, Wisconsin 54436

**Plaintiff,**

v.

**Judge Lyndsey A. Boon Brunette,**
**State of Wisconsin,**
**Attorney Justin James Bates,**
**ENDURE LLC, Attorney and Agent,**

**Defendants.**

Case No.: _____25-cv-911-jdp_____

**VERIFIED RICO COMPLAINT**

**AND MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF FOR ILLEGAL EVICTION, FRAUDULENT CONCEALMENT, AND DUE PROCESS VIOLATIONS UNDER 42 U.S.C. § 1983,**
**WITH CLAIM FOR $200 MILLION (USD) IN DAMAGES AND DECLARATION OF CONSTITUTIONAL EMERGENCY**

**I. INTRODUCTION AND STATEMENT OF CONSTITUTIONAL EMERGENCY**

1. Plaintiff **Scott S. Schlinsog Jr.** declares a **Constitutional Emergency** due to the unlawful and coordinated deprivation of federally protected rights arising from an illegal eviction, fraudulent concealment and due process violations executed under a void writ of assistance.

2. The writ was ordered by **Judge Lyndsey A. Boon Brunette** and executed by the **Clark County Sheriff's Department** without lawful notice, hearing, or jurisdiction—

constituting violations of due process and equal protection guaranteed by the United States Constitution.

3. The eviction represents an ongoing criminal enterprise involving racketeering, mail fraud, wire fraud, and fraudulent concealment carried out under color of state law.

## II. JURISDICTION AND VENUE

4. Jurisdiction is proper under 28 U.S.C. §§ 1331, 1343, and 1367, 18 U.S.C. § 1964, and 42 U.S.C. § 1983.

5. Venue is proper in this Court because the property and acts at issue occurred in Clark County, Wisconsin, within this judicial district.

## III. PARTIES

6. **Plaintiff Scott S. Schlinsog Jr.** is a resident and lawful owner of property located at N5382 County Road K, Granton, Town of York, Clark County, Wisconsin 54436.

7. **Defendant State of Wisconsin,** through its courts and officers, enabled and enforced an unlawful eviction through administrative means not authorized by law.

8. **Defendant Judge Lyndsey A. Boon Brunette** issued and concealed an illegal writ of assistance without jurisdiction.

9. **Defendant Attorney Justin James Bates** facilitated and executed the eviction through false filings.

10. **Defendant ENDURE LLC, Attorney and Agent** falsely claimed ownership and initiated eviction proceedings under fraudulent documents and a void title.

## IV. FACTUAL BACKGROUND

11. Plaintiff lawfully possessed real property located at N5382 County Road K, Granton, Clark County, Wisconsin.

12. Without a valid judgment or verified title transfer, Defendants conspired to evict Plaintiff.

13. ENDURE LLC and Attorney Bates filed fraudulent pleadings misrepresenting ownership, concealing the absence of title, and converting a property dispute into a summary eviction action.

14. The Clark County Circuit Court treated the filing as a routine eviction, depriving Plaintiff of jurisdictional due process.

15. Plaintiff was not properly served, given no hearing, and no valid judgment was entered by a court of record.

16. The **Clark County Circuit Court Docket Sheet** (attached hereto as **Exhibit A**) demonstrates that no lawful judgment or hearing was recorded prior to issuance of the writ of assistance.

17. The **Writ of Assistance executed by the Clark County Sheriff** (attached hereto as **Exhibit B**) shows that the eviction was carried out without lawful authority, jurisdiction, or notice.

18. The Clark County Sheriff executed the writ under color of law, threatening and coercing loss and harm to Plaintiff, his family, and property under a void order.

## V. PATTERN OF RACKETEERING ACTIVITY (18 U.S.C. § 1962)

19. Defendants engaged in a pattern of racketeering through:
    a. Use of mail and electronic communications to transmit false documents;
    b. Concealment of true ownership and trust beneficiaries;
    c. Use of administrative procedures to enforce void judgments;
    d. Coordination between attorneys, private entities, and state officials to seize real property.

20. The enterprise operated with continuity and a shared purpose: to deprive Plaintiff of property under color of law.

## VI. CLAIMS FOR RELIEF

### Count I – Illegal Eviction

21. Conducting and enforcing a void eviction deprived Plaintiff of lawful property and constitutional rights.

### Count II – Fraudulent Concealment

22. Concealment of the absence of lawful title and use of fraudulent eviction orders violated federal and state law.

### Count III – Violation of Due Process (42 U.S.C. § 1983)

23. Defendants acted under color of law to deprive Plaintiff of property and liberty without notice or hearing.

### Count IV – Civil RICO (18 U.S.C. § 1962)

24. Defendants participated in an enterprise involving mail fraud, wire fraud, and obstruction of justice, resulting in injury to Plaintiff's property.

### Count V – Declaratory and Injunctive Relief

25. Plaintiff seeks a declaration that all eviction proceedings and related conveyances are void, and requests permanent injunctive relief.

---

### VII. TEMPORARY RESTRAINING ORDER (Fed. R. Civ. P. 65(b))

26. Plaintiff moves for a **Temporary Restraining Order (TRO)** to immediately halt any further eviction, property transfer, or interference with the property located at **N5382 County Road K, Granton, Wisconsin**.

27. The writ of assistance was issued and executed without notice, hearing, or jurisdiction by Judge Lyndsey A. Boon Brunette and the Clark County Sheriff's Department.

28. The eviction constitutes a violation of **due process rights** under the Fifth and Fourteenth Amendments.

29. Plaintiff faces **imminent and irreparable harm,** including permanent loss of property, invasion of privacy, and deprivation of housing and possessions.

30. The harm is ongoing and cannot be remedied by monetary damages alone.

31. Plaintiff therefore respectfully requests that this Court immediately issue a **Temporary Restraining Order:**
    a. Enjoining all Defendants from further eviction, removal, or interference with the property;
    b. Ordering the restoration of possession to Plaintiff pending adjudication of this matter; and
    c. Scheduling an expedited hearing for a **Preliminary Injunction** under Rule 65(a).

## VIII. EMOTIONAL AND CONSTITUTIONAL HARM

32. Plaintiff has suffered emotional distress, humiliation, and trauma resulting from the unlawful eviction, causing continuing harm to stability, peace of mind, and constitutional integrity.

## IX. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Declare the eviction and related conveyances **void ab initio**;
2. Issue a **Temporary Restraining Order** and **Preliminary Injunction** preventing further eviction or conveyance actions;
3. Restore Plaintiff to lawful possession of the property;
4. Award **$100,000 USD** in compensatory damages;
5. Award **$200,000,000 USD** in punitive damages;
6. Refer this matter to the **U.S. Attorney's Office and the FBI** for investigation under 18 U.S.C. § 1962;
7. Compel production of all relevant documents and communications; and
8. Grant such other relief as this Court deems just and proper.

## X. ATTACHED EXHIBITS

**Exhibit A** – Copy of Clark County Circuit Court Docket Sheet
**Exhibit B** – Certified Copy of Writ of Assistance Executed by the Clark County Sheriff's Department

Respectfully submitted,

Signature: _____
**Scott S. Schlinsog Jr.** Without Prejudice UCC 1-308
N5382 County Road K
Granton, WI 54436